# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

142141 & (61)

In re CONTEMPT OF WAYNE COUNTY
CLERK.

SC: 142141
COA: 300515
Wayne CC: 10-010795-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 5, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2010

_____
Clerk

d1215